# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

LaRAE T. WELLER,

    **Plaintiff,**

    v.                                              **Case No. 21-CV-452-SCD**

WAUKESHA COUNTY CIRCUIT COURT,
CITY OF BROOKFIELD POLICE DEPARTMENT,
WAUKESHA COUNTY DISTRICT ATTORNEY,
WAUKESHA PUBLIC DEFENDERS OFFICE, and
WAUKESHA DEPARTMENT OF COLLECTIONS,

    **Defendants.**

## ORDER DISMISSING COMPLAINT

Proceeding without the assistance of counsel, on April 9, 2021, LaRae T. Weller filed a civil rights complaint against the Waukesha County Circuit Court, the City of Brookfield Police Department, the Waukesha County District Attorney, the Waukesha Public Defenders Office, and the Waukesha Department Of Collections. *See* ECF No. 1. The statement of claim section of the complaint contains only nine words: "inter[fer]ence with custody and placement," "false imprisonment," "obstruction," and "misconduct." *Id.* at 2. Weller provides little more detail in the relief wanted section. She asks to investigate the judge assigned to two older criminal cases, indicating that "discrimination and 7 years of litigations has not helped." *Id.* at 4. She also requests full custody of her two minor sons and $7,000,000. *Id.*

Among other things, a complaint must contain "a short and plain statement showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). Even given the most liberal reading afforded to litigants without counsel, Weller's complaint falls well short of this low

benchmark. She fails to describe what each named defendant allegedly did to violate her rights or when and where these alleged actions occurred. Also, it appears she may be attempting to improperly bring unrelated claims in a single case. Accordingly, Weller's complaint, ECF No. 1, is **DISMISSED**. She may file an amended complaint by **May 20, 2021**. Failure to file an amended complaint by that date may result in dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41 and E.D. Wis. Civ. L. R. 41(c). I will wait until after May 20 to address Weller's request to proceed without paying the filing fee.

      **SO ORDERED** this <u>21st</u> day of April, 2021.

_____
STEPHEN C. DRIES
United States Magistrate Judge